# Court of Appeals
# of the State of Georgia

ATLANTA,  September 03, 2019

*The Court of Appeals hereby passes the following order:*

**A20E0005.  IN RE M. M. D., A CHILD.**

Upon review of Jarvis Denmark's Emergency Motion for Extension of Time to File Discretionary Review, the same is hereby GRANTED. The deadline to file a discretionary review is hereby extended through and including September 13, 2019.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/03/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*